No. 489. UNITED STATES SMELTING REFINING & MINING CO. ET AL. *v.* LOWE.

*Per Curiam:* The petition for writ of certiorari is granted. The Court is of the opinion that a new trial should be granted. Accordingly, without expressing any opinion as to other questions presented, the judgments of the Court of Appeals and the District Court are vacated and the cause is remanded to the District Court with directions to grant a new trial. *Southall R. Pfund* for petitioners. *Blaine Hallock* and *James T. Donald* for respondent.

*Certiorari Granted. (See No. 489, supra.)*

*Certiorari Denied.*

No. 482. BOWERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Bart. A. Riley* for petitioner. *Solicitor General Perlman, James M. McInerney* and *Robert S. Erdahl* for the United States.

No. 483. JOHN J. CASALE, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Robert H. McNeill* and *T. Bruce Fuller* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Elizabeth B. Davis* for the United States.

No. 485. SHAIN *v.* SHAIN. Supreme Judicial Court of Massachusetts. Certiorari denied. *Archibald Palmer* for petitioner. *Frederick W. Mansfield* and *Albert Hurwitz* for respondent.

No. 488. NATIONAL MARITIME UNION OF AMERICA ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A.